1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM QUINTANA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01304-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. No. 11) |

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff Sam Quintana's request for a 30-day extension of time to serve his Confidential Letter Brief is GRANTED. Plaintiff shall serve his Confidential Letter Brief on or before March 22, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

 Dated:   **February 25, 2020**     /s/ *Barbara A. McAuliffe*
                UNITED STATES MAGISTRATE JUDGE

1