| | |
|---|---|
| 1 | JONATHAN O. PENA, ESQ. |
| | CA Bar ID No. 278044 |
| 2 | Peña & Bromberg, PLC |
| | 2440 Tulare St., Suite 320 |
| 3 | Fresno, CA 93721 |
| | Telephone: 559-412-5390 |
| 4 | Fax: 866-282-6709 |
| 5 | info@jonathanpena.com |
| | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam Quintana, | Case No. 1:19-cv-01304-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 03/22/2020 to 04/21/2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time. Good cause exists for this request. The week of 03/15/2020, Plaintiff's Counsel had 10 administrative hearings, two hearing preparation appointments with claimants, five letter briefs, one merit brief and one reply brief due. The week of 03/22/2020, Plaintiff's Counsel had seven administrative hearings, 10 hearing preparation appointments with claimants, seven letter briefs, one reply brief and two opening briefs due. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

1       Additionally, due to the ongoing pandemic with COVID 19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings. As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support. As a result, Plaintiff's Counsel requires additional time to brief this matter.

      Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 20, 2020                      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff

Dated: March 20, 2020                      MCGREGOR W. SCOTT
                                                             United States Attorney
                                                             DEBORAH LEE STACHEL
                                                             Regional Chief Counsel, Region IX
                                                             Social Security Administration

By:  */s/ Ben A Porter*
     Ben A Porter
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 03/20/2020)

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a second thirty-day extension of time to serve his Confidential Letter Brief is GRANTED. Plaintiff shall serve his Confidential Letter Brief on or before April 21, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **March 20, 2020**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE