McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SAM QUINTANA,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>   Commissioner of Social Security,<br><br>       Defendant. | CASE NO. 1:19-cv-01304-BAM<br><br>STIPULATION AND ORDER<br>NUNC PRO TUNC FOR EXTENSION OF<br>TIME TO RESPOND TO OPENING BRIEF |

Sam Quintana ("Plaintiff"), and Andrew Saul, Commissioner Of Social Security ("Defendant"), hereby stipulate, subject to the approval of the Court extend the time for Defendant to respond to Plaintiff's opening brief until October 1, 2020.  Any reply will be due on or before October 16, 2020.  Defendant's response was originally due on July 17, 2020.  This is the first extension of time requested in the above-captioned matter.  Defense counsel apologizes to the Court and opposing counsel for the untimeliness of this request.  The counsel of record for Defendant, Ben A. Porter, Esq., retired from the agency this past June of 2020.  At the time Mr. Porter left the agency, he had two cases pending with the same last name as Plaintiff.  As a result, his office inadvertently overlooked the above-captioned matter and did not re-assign the case.  When the office realized its oversight, it assigned the matter to the undersigned defense attorney who requires additional time to adequately address the issue that Plaintiff

raises in his opening brief. The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

                                              Respectfully submitted,

Dated: September 1, 2020         PEÑA & BROMBERG, PLC

By: /s/ Jonathan O. Peña*
JONATHAN O. PEÑA
(*Authorized as to form by e-mail on September 1, 2020)
Attorneys for Plaintiff

Dated: September 1, 2020         McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: /s/ Sharon Lahey
SHARON LAHEY
Assistant Regional Counsel

## ORDER

Generally, requests for Court-approved extensions of time brought after the required filing date are looked upon with disfavor. Local Rule 144(d). Based upon the representations of counsel, however, good cause supports the belated request. Accordingly, Defendant's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED. Defendant shall file a response to the Opening Brief on or before October 1, 2020. Plaintiff shall file any reply on or before October 16, 2020. All other deadlines are modified accordingly. No further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **September 2, 2020**        /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE